## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: April 16, 2015          105406
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                 Respondent,

     v                               MEMORANDUM AND ORDER

JAMES DONAH,
                 Appellant.
_____


Calendar Date: February 24, 2015

Before: McCarthy, J.P., Garry, Egan Jr. and Lynch, JJ.

_____


     M. Elizabeth Coreno, Saratoga Springs, for appellant.

     Andrew J. Wylie, District Attorney, Plattsburgh (Nicholas J. Evanovich of counsel), for respondent.

_____


     Appeal from a judgment of the Supreme Court (Lawliss, J.), rendered March 5, 2012 in Clinton County, convicting defendant upon his plea of guilty of the crime of burglary in the third degree.

     Defendant waived indictment and, in satisfaction of a superior court information, pleaded guilty to burglary in the third degree and waived his right to appeal. He thereafter was sentenced as a second felony offender to the agreed-upon prison term of 2 to 4 years. Defendant now appeals.

     We affirm. Contrary to defendant's contention, his waiver of the right to appeal is valid. Supreme Court distinguished the right to appeal from those rights automatically forfeited by defendant's guilty plea, and defendant executed a written waiver in open court. Accordingly, defendant knowingly, voluntarily and

intelligently waived his right to appeal his conviction and sentence (see People v Oginski, 123 AD3d 1303, 1303 [2014]; People v Dyckman, 114 AD3d 994, 995 [2014], lv denied 23 NY3d 1036 [2014]).  Given defendant's valid waiver of appeal, his challenge to the severity of the sentence is precluded (see People v Lopez, 6 NY3d 248, 256 [2006]; People v Fate, 117 AD3d 1327, 1329 [2014], lv denied 24 NY3d 1083 [2014]; People v White, 96 AD3d 1299, 1300 [2012], lv denied 19 NY3d 1029 [2012]).

McCarthy, J.P., Garry, Egan Jr. and Lynch, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court